IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by MM D.C.

DEC 22 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

MR. WOOD CUSTOM FLOORS, INC., )
individually and representative of )
a class of similarly situated persons, )
　)
　　　Plaintiff, )
　)
v. )  Case Number 1:15-cv-23011-CMA
　)
CFN CAPITAL LLC, doing business as )
Capital Funds Network LLC )
and CapitalFundsNetwork, and )
DANIEL KATZ, )
　)
　　　Defendants. )

### DEFENDANT DANIEL KATZ'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**COMES NOW** Defendant Daniel Katz, acting *pro se*, and in answer to Plaintiff Mr. Wood Custom Floors Inc.'s Amended Class Action Complaint, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully asserts to this Honorable Court his denial of all substantive claims and allegations made by Plaintiff, individually and on behalf of the putative Class, for failure to state a claim upon which relief can be granted.

**WHEREFORE**, Defendant prays this Honorable Court dismiss all claims, and grant him such other and further relief as to which he may be entitled.

This the 21st day of December 2015.

Respectfully submitted,

_____
Defendant Daniel Katz
5580 Kings Point
Memphis, Tennessee 38120
(901) 292-3435  Telephone

**STATE OF TENNESSEE**
**COUNTY OF SHELBY**

On this 21st day of December 2015, before me personally appeared Daniel Katz, named in and who executed this document, and who acknowledges that he executed the same as his own free act and deed.

_____
NOTARY PUBLIC

My commission expires January 31, 2016

## CERTIFICATE OF SERVICE

      I, Daniel Katz, hereby certify that on this 21st day of December 2015 a copy of the foregoing was served on the parties below, via FedEx overnight mail.

Arturo Martinez, Esq.
Hernandez Lee Martinez, LLC
255 Aragon Avenue, Suite 200
Coral Gables, Florida  33134
Telephone:    305-842-2100
Facsimile:    305-842-2105

_____
Defendant Daniel Katz

December 21, 2015


United States District Court
Southern District of Florida
Office of the Court Clerk
400 North Miami Avenue
Miami, Florida  33128

Sent via FedEx

Re:   Mr. Wood Custom Floors, Inc., et al v. CFN Capital LLC, et al.
      Case Number 1:15-cv-23011-CMA

To whom it may concern,

Enclosed please find an original and two copies of Defendant Daniel Katz's Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, which I request be filed in the above-noted matter.

Thank you very much for your time and consideration.

Yours sincerely,

Daniel Katz
Pro Se Defendant

