UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-23011-Altonaga/O'Sullivan

MR. WOOD CUSTOM FLOORS, INC.,
individually and as representative of a
class of similarly-situated persons,

Plaintiff,

v.

DANIEL KATZ,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

  Plaintiff, Mr. Wood Custom Floors, Inc., through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i), dismisses this action without prejudice.

Respectfully submitted,

**WALLEN HERNANDEZ LEE MARTINEZ, LLP**
*Counsel for Plaintiff*
255 Aragon Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: (305) 842-2100
Facsimile: (305) 842-2105

By: _/s Arturo Martinez_
**Arturo Martinez, Esq.**
Florida Bar No. 526231
arturo@whlmlegal.com

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on June 13, 2016, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the document is being served on Defendant at the address below via regular mail.

  _/s Arturo Martinez_
  **Arturo Martinez, Esq.**

Defendant Daniel Katz
5580 Kings Point
Memphis, Tennessee 38120